The Honorable Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ21-072 |
| Plaintiff, | **COMPLAINT for VIOLATION** |
| v. | 18 U.S.C. § 2252(a)(4)(B) |
| DAKOTA NASIATKA, | |
| Defendant. | |

BEFORE, The Honorable Brian A. Tsuchida, United States Chief Magistrate Judge, U. S. Courthouse, Seattle, Washington.

## COUNT 1

**(Possession of Depictions of Minors Engaged in Sexually Explicit Conduct)**

Beginning at a time unknown, but no later than May 2019, at Seattle, within the Western District of Washington, and elsewhere, the Defendant, DAKOTA NASIATKA, did knowingly possess matter that contained visual depictions the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which had been produced using materials that had been mailed and shipped and

COMPLIANT - 1
United States v. Nasiatka

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

transported in and affecting interstate and foreign commerce by any means, including by computer, and the images of child pornography involved include images of a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2).

And the Complainant states that this Complaint is based on the following information:

I, Curtis Crowder, being first duly sworn on oath, depose and say:

## I. INTRODUCTION

1. I am a Special Agent (SA) with the U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), assigned to the Seattle, Washington, field office. I have been an agent with HSI since 2003. HSI is responsible for enforcing the customs and immigration laws and federal criminal statutes of the United States. As part of my duties, I investigate criminal violations relating to child exploitation and child pornography, including the production, distribution, receipt, and possession of child pornography and material involving the sexual exploitation of minors in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I am a graduate of the Federal Law Enforcement Training Center (FLETC) HSI Special Agent Training Program and have received further specialized training in investigating child pornography and child exploitation crimes. I have also had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256(8)). I have participated in the execution of previous search warrants that involved child exploitation and/or child pornography offenses and the search and seizure of computers and other digital devices. I am a member of the Seattle Internet Crimes Against Children Task Force and work with other federal, state, and local law enforcement personnel in the investigation and prosecution of crimes involving the sexual exploitation of children.

COMPLIANT - 2
*United States v. Nasiatka*

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

2.      As further detailed below, based on my investigation and the investigation of other law enforcement officers, I believe there is probable cause to conclude that DAKOTA NASIATKA has committed the violation described above. In particular, the investigation has uncovered substantial evidence that DAKOTA NASIATKA possessed child pornography on or before May 23, 2019.

3.      The facts set forth in this complaint are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

4.      Because this complaint is offered for the limited purpose of establishing probable cause, I list only those facts that I believe are necessary to support such a finding. I do not purport to list every fact known to me or others because of this investigation.

## II.   SUMMARY OF INVESTIGATION

5.      In October 2020, Homeland Security Investigations (HSI) Seattle, Washington, received the Seattle Police Department's (SPD) investigative reports, information, and evidence regarding DAKOTA NASIATKA. A review of the information and evidence revealed that DAKOTA NASIATKA committed the crime of Possession of Depictions of Minors Engaged in Sexually Explicit Conduct RCW 9.68A.070.

6.      A criminal history records check of DAKOTA NASIATKA showed he was charged on December 21, 2010, with Gross Sexual Imposition in Fairfield, Ohio. On January 21, 2011, in Butler County Juvenile Court, DAKOTA NASIATKA pled guilty to the sexual offense of Gross Sexual Imposition. The victim identified in that case was three years old and NASIATKA was fifteen years old.

COMPLIANT - 3
United States v. Nasiatka

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

7. On July 2, 2019, Detective Schendel of the Bellevue Police Department (BPD) was assigned to investigate a CyberTip provided by the National Center for Missing and Exploited Children (NCMEC). On or about May 2019, Facebook reported to NCMEC via CyberTip number 49866942 one of its subscribers, identified as DAKOTA NASIATKA, had shared an image containing depictions of a minor engaging in sexually explicit conduct with another Facebook subscriber via Facebook Messenger on May 23, 2019 at 17:57:57 hours UTC[1]. The recipient of the image was later believed to be NASIATKA's girlfriend.

8) Facebook reported that the image was uploaded from Internet Protocol (IP) address 2607:fb90:f3a:b31e:cbed:fb11:3012:619c. An internet Geo Lookup search of IP address 2607:fb90:f3a:b31e:cbed:fb11:3012:619c listed T-Mobile as the registrant.

9) On July 30, 2019, BPD Detective Schendel obtained King County Superior Court search warrants, requesting information from T-Mobile pertaining to IP address 2607:fb90:f3a:b31e:cbed:fb11:3012:619c on 05-23-2019 at 17:57:57 UTC and IP address 2607:fb90:8368:e5f:ef0b:46d4:8aac:949f on 04-24-2019 at 22:34:21 UTC. On August 7, 2019, T-Mobile responded, showing on 05-23-2019 at 17:57:57 UTC, IP address 2607:fb90:f3a:b31e:cbed:fb11:3012:619c was being used by subscriber DAKOTA NASIATKA at an address in Lake Forest Park, King County, Washington.

10) Detective Schendel searched Department of Licensing (DOL) records and determined DAKOTA J. NASIATKA had updated his address information in August of 2019. DAKOTA J. NASIATKA moved from the Lake Forest, WA address to an apartment in Seattle, Washington.

11) Washington State Employment Security Department records showed DAKOTA J. NASIATKA as an employee at a furniture store and a restaurant in King County, Washington.

---

[1] UTC, or Coordinated Universal Time, is the primary time standard used in the world and is calculated to be within 1 second of mean solar time at 0° longitude.

COMPLIANT - 4
United States v. Nasiatka

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

12) Due to NASIATKA residing and working in Seattle, WA, the case was reassigned to SPD Detective Nichols on September 20, 2019.

13) Detective Nichols viewed the child pornography image provided in the CyberTip and believed it depicts the sexual exploitation of minors as outlined in RCW 9.68A. Her description was as follows:

File 91sej5vyte044swg52588050_304442946884428_6442653971399049216_n.jpg: The image depicts Child 1, who appears to be a toddler, leaning over the edge of bed, facing away from the camera. Only the legs and the buttocks and anus of Child 1 is depicted. Another female, who is Caucasian with blonde hair and whose face is partially visible but it is unclear if it is an adult or pubescent minor, is positioned to the right of Child 1. This female is kneeling over the edge of the bed and is using both hands to hold onto the toddler's buttocks and spread the toddler's buttocks checks as another female child (Child 2), who appears to be from toddler age to six or seven years old (only her bare back is visible to the camera angle), appears to be holding a purple object near the toddler's vagina and/or anus, as if Child 2, who is closest to the camera, is a Caucasian female with light brown/dark blonde hair that appears to fall below her shoulders. There is a fourth female (Child 3) whose face is not visible, who is wearing a black bra who appears to be a pubescent minor. Child 3 is leaning over the edge of the bed and appears to be looking at the toddler's anus/vagina area. The image appears to be small and low quality. The bed in the photo appears to have a pattern blanket/bedspread on it with a red silk bed skirt. The carpet on the floor is also floral patterned.

14) Detective Nichols conducted a Seattle Police Records Management inquiry and located a Dakota Joseph NASIATKA, date of birth: XX-XX-1995 residing at the same apartment in Seattle, Washington identified in DOL records.

15) In CyberTip number 49866942, Facebook provided a subscriber profile picture, for the NASIATKA's Facebook account. Detective Nichols compared the profile picture to the Washington Department of Licensing photo for DAKOTA NASIATKA and she determined the photos were of the same subject.

COMPLIANT - 5
United States v. Nasiatka

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

16) On November 7, 2019, Detective Nichols met with the resident manager for the apartment complex where NASIATKA resided. The resident manager confirmed NASIATKA lived at the address along with his girlfriend.

17) On November 15, 2019, Detective Nichols obtained a residential search warrant for NASIATKA's address from the Honorable Catherine Schaffer of King County Superior Court.

18) On November 19, 2019, the search warrant was executed at NASIATKA 's apartment. NASIATKA was not present at the time but his girlfriend was present. The following electronic devices were seized at the Subject Premises:

    a) LG Cell Phone
    b) Apple A1288 iPod
    c) Hitachi HDD
    d) Seagate HDD
    e) Samsung SSD
    f) Apple A1661 Cell Phone

19) DAKOTA NASIATKA was located at his job, where he was interviewed and his cell phone, a Samsung Galaxy A20, that was in his possession was seized. DAKOTA NASIATKA denied sending child pornography to his girlfriend and denied viewing child pornography.

20) A forensic review was conducted of the seized devices. Detective located 90 images and 50 videos of child pornography on NASIATKA's cell phone, the Samsung Galaxy A20. On December 31, 2019, the images and videos were submitted to the Child Victim Identification Program (CVIP) at NCMEC. NCMEC identified approximately 16 image files, 14 video files and a total of 27 files of identified series child victims.

21) An examination of the cell phone belonging to NASIATKA's girlfriend was conducted. The following search terms were found in the search history: "erotic baby pics," "young teen sex," "PTHC [preteen hardcore]," "top 100 CP [child

COMPLIANT - 6
United States v. Nasiatka

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  pornography] sites;" and "young teen sex." NASIATKA admitted to having used his
2  girlfriend's phone but denied knowledge of the search terms.
3      22)   On March 2, 2020, SPD Detective Nichols was assigned to investigate
4  CyberTip #59128790 provided by NCMEC. On November 8, 2019, the chat app Discord
5  Inc. reported to NCMEC via CyberTip 59128790 one of its users, Screen/User Name:
6  Anku# 1990 with the name "Dakota nasiatka [sic]," had uploaded an image containing
7  depictions of a minor engaging in sexually explicit conduct on 11-07-2019 at 23:39:39
8  UTC. Detective Nichols viewed the image and believed it depicts the sexual
9  exploitation of minors as outlined in RCW 9.68A. Her description of the image is as
10 follows:

> The image is a continuously looping .gif file depicting a child, who is approximately one to two years old due to their size, being held down on the buttocks by an adult female's hands while an adult male is penetrating the child's anus with his erect penis. It is unclear whether the child is a male or female.

    23)   During a forensic examination of NASIATKA's cell phone, a review of the phone's contacts showed the email address used by the Discord user under the name Dakota Nasiatka. The above described .gif image reported in the CyberTip #59128790 was not located on DAKOTA NASIATKA's cell phone.

///

///

///

COMPLIANT - 7
United States v. Nasiatka

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## III. CONCLUSION

Based on the above facts, I believe that there is probable cause to conclude that DAKOTA NASIATKA committed the offense(s) charged in this Complaint.

**CURTIS CROWDER**
Digitally signed by CURTIS CROWDER
Date: 2021.02.05 10:48:52 -08'00'

CURTIS CROWDER, Complainant,
Special Agent
Department of Homeland Security
Homeland Security Investigations

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit and complaint, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

DATED this 8th day of February, 2021.

The Honorable Brian A. Tsuchida
United States Chief Magistrate Judge

COMPLIANT - 8
United States v. Nasiatka

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970