UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ21-072 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| DAKOTA NASIATKA, ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>:    Possession of Depictions of Minors Engaged in Sexually Explicit Conduct

<u>Date of Detention Hearing</u>:    March 17, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

DETENTION ORDER
PAGE -1

1. Defendant has a criminal record that includes warrants for failure to appear prior to sentencing, with an outstanding warrant. He has a prior sex offense charge, a lack of employment, mental health history, and an unstable/unsuitable living environment. Defendant does not have a viable release plan and does not contest detention.

2. Defendant poses a risk of nonappearance based on pending charges, prior sex offense, an outstanding warrant, prior bench warrant activity, and lack of appropriate release plan. Defendant poses a risk of danger based on the nature and circumstances of the offense, criminal history, and mental health history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation

Services Officer.

DATED this 18th day of March, 2021.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3